**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DR. GANDHI SELVANATHAN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **vs.** | : | **NO.  11-3752** |
| | : | |
| **OPPORTUNITIES INDUSTRIALIZATION** | : | |
| **CENTERS INTERNATIONAL,** | : | |
| **Defendant.** | : | |

**O R D E R**

     **AND NOW**, this 10th day of May, 2012, upon consideration of Defendant Opportunities Industrialization Centers International's Motion for Summary Judgment (Document No. 15, filed January 20, 2012), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Document Nos. 16, 17, and 18, filed January 30, 2012), and Defendant's Praecipe to Attach Exhibit (Document No. 19, filed February 23, 2012), for the reasons set forth in the Memorandum dated May 10, 2012, **IT IS ORDERED** that Defendant Opportunities Industrialization Centers International's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART** as follows:

     1.  Defendant Opportunities Industrialization Centers International's Motion for Summary Judgment is **GRANTED** as to plaintiff's claim that defendant retaliated against him by not hiring him as Director of Programs as set forth in Counts V and VI of the Amended Complaint.

     2.  Defendant Opportunities Industrialization Centers International's Motion for Summary Judgment is **DENIED** in all other respects.

     **IT IS FURTHER ORDERED** a scheduling conference will be convened in due course.

                              **BY THE COURT:**

                                      **/s/ Hon. Jan E. DuBois**
                                      **JAN E. DUBOIS, J.**